*In re* **Stewart**, Russell James (MR 18254)
Park Ridge, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Russell James Stewart is censured.

*In re* **Turner**, John Phillip (MR 18211)
Belleville, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John Phillip Turner is suspended from the practice of law for 30 days.

Respondent John Phillip Turner shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.